# United States Court of Appeals
## For the First Circuit

No. 06-1136

IN RE: UNITED STATES OF AMERICA,

Petitioner.

**ERRATA**

The opinion of this court, issued March 24, 2006, should be amended as follows:

page 2, line 1:  replace "**<u>Per Curiam</u>**" with "**LYNCH, <u>Circuit Judge</u>**"